WESTERN NATIONAL INSURANCE COMPANY, Appellant, *v.* HAPH BROKERAGE, INC., Respondent.

Argued January 11, 1951; decided March 8, 1951.

*Arthur W. Clement* and *George S. Brengle* for appellant.

*Abraham Kaplan* and *George I. Gross* for Eastern Underwriters Association, *amicus curiæ,* in support of appellant's position.

*Emanuel D. Finkelman* for respondent.

*Lawrence Pomeroy* and *Elmer Warren Sawyer* for Insurance Brokers' Association of New York, Inc., *amicus curiæ,* in support of respondent's position.

*Henry H. Abrams, Joseph Bleich* and *Benjamin M. Haber* for Brooklyn Insurance Brokers Association Inc., *amicus curiæ,* in support of respondent's position.

Judgment affirmed, with costs. (See *A. S. B. Ins. Co.* v. *Anderson,* 130 N. Y. 134; *Indemnity Ins. Co. of N. A.* v. *Ryan Co.,* 242 App. Div. 623, motion for leave to appeal denied 266 N. Y. lv.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.